FILED

01/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0320

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0320

_____

THOMAS ALVARADO,

      Plaintiff and Appellant,

v.

CORRECTIONAL CORPORATION OF
AMERICA, et al.,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Thomas Alvarado, to all counsel of record, and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2022